1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MICHAEL STEVE GONZALEZ

6

7

                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

   UNITED STATES OF AMERICA,            )     No. CR-05-00161 JW
11                                       )
                        Plaintiff,       )     **STIPULATION AND [~~PROPOSED~~]**
12                                       )     **ORDER TO CONTINUE STATUS**
   vs.                                   )     **HEARING**
13                                       )
   MICHAEL STEVE GONZALEZ                )
14                                       )
                        Defendant.       )
15  _____ )

16       Defendant, Michael Steve Gonzalez, through his counsel, Assistant Federal Public

17  Defender Angela M. Hansen, and government counsel, Assistant United States Attorney

18  Matthew Harris, stipulate and agree to continue the status hearing date of June 20, 2005 until

19  July 25, 2005 at 1:30 p.m.  The parties request this continuance so that counsel for Mr. Gonzalez

20  can have additional time for defense preparation.

21       The parties are discussing a possible plea in this case.  Counsel for Mr. Gonzalez needs

22  additional time to review and collect Mr. Gonzalez's prior criminal records and to assess the

23  evidence and lab reports produced in this case to better assess Mr. Gonzalez's sentencing

24  guidelines and exposure before he can enter into a plea.  For these reasons, the parties stipulate

25  and agree that the Court should reset the status hearing date to July 25, 2005 at 1:30 p.m. for

26  possible disposition of this matter.

         The parties further stipulate and agree that time should continue to be excluded under 18

IT IS SO ORDERED

Judge James Ware

1 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), because the ends of justice served by the continuance

2 requested outweigh the best interest of the defendant and the public in a speedy trial because the

3 failure to grant such a continuance would unreasonably deny Mr. Gonzalez the time necessary for

4 effective preparation.

5

6 June 16, 2005                                      _____/s/_____

7                                                    ANGELA M. HANSEN
                                                     Assistant Federal Public Defender

8

9 June 16, 2005                                      _____/s/_____

10                                                   MATTHEW HARRIS
                                                     Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00161 JW |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER TO** |
| | ) | **CONTINUE STATUS HEARING** |
| vs. | ) | |
| | ) | |
| MICHAEL STEVE GONZALEZ | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

11

12

13

14

15

16        Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY

17   ORDERED that the status hearing date of June 20, 2005 is continued until July 25, 2005 at 1:30

18   p.m.   It is FURTHER ORDERED that time will continue to be excluded under 18 U.S.C. §§

19   3161(h)(8)(A) and (B)(iv) for defense preparation.

20
     Dated: June 17, 2005                                   /s/ James Ware
21                                                            HONORABLE JAMES WARE
                                                              United States District Judge
22

23

24

25

26

1    Distribute to:

2

3    Ms. Angela M. Hansen
     Assistant Federal Public Defender
     160 West Santa Clara Street, Suite 575
4    San Jose, CA 95113
     Counsel for Defendant

5

6    Mr. Matthew Harris
     Mr. Carlos Singh
     Assistant United States Attorney
7    150 Almaden Blvd., Suite 900
     San Jose, CA 95113
8    Counsel for the United States

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26